## 34715. KAVANAUGH v. KAVANAUGH.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED MARCH 16, 1979 — DECIDED OCTOBER 2, 1979.

*Kearns & Wickliffe, Melody C. Wickliffe,* for appellant.

*Greene, Buckley, DeRieux & Jones, Raymond H. Vizethann, Jr.,* for appellee.